UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

Edward D. Fagan

                        Plaintiff

vs.                                                   Civil Action No.
                                                     19-cv-80239-~~RLR-BER~~

Central Bank of Cyprus; et al

                        Defendants

_____/

FILED BY c.s. D.C.
FEB 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### PLAINTIFF'S NOTICE OF JOINT LIABILITY

Plaintiff Pro Se, Edward D. Fagan ("Plaintiff" or "Fagan"), pursuant to this Court's Prior Orders Regarding Clerk's Entry of Default and Default Judgment and consistent with the Court's Prior Order Regarding Default Judgment Procedure (DE 22 & 101), hereby submits this Notice of Joint Liability with respect to the defaulting Defendants George Kallis, GK Finance Limited, GEO Holdings Limited, Holdsworth Associates Venture Incorporated, Apus Finance Limited, Apus Fund Management Limited, Brian Rance and Fintop Limited (hereinafter "The Defaulting Defendants").

### NATURE OF ALLEGATIONS

Plaintiff's claims as set forth in the Amended Complaint (DE 93) are for Compensatory Damages of $13.68 million USD – sum certain as demanded in Amended Complaint (DE 93) (a) First Cause of Action – Violations of RICO Law - 18 USC § 1962 (c) *(DE 93, ¶¶ 216-235 & ¶ 236 (b)*; (b) Second Cause of Action – Conspiracy to Violate Federal RICO Law 18 USC § 1962 (c) and (d) *(DE 93, ¶¶ 237-246 & ¶ 247 (ii)*; (c) Third Cause of Action – Violation and Conspiracy to Violate Florida RICO Fl. Stat. 895.01 et seq. - *(DE 93, ¶¶ 248-258 & ¶ 259 (ii)*; (d) Fourth Cause of Action – Fraud *(DE 93, ¶¶ 260-265 & ¶ 266 (i)*; (e) Fifth Cause of Action – Aiding and Abetting - *(DE 93, ¶¶ 267-271 & ¶ 271 (i)*; (f) Sixth Cause of Action – Breach of Contract - *(DE 93, ¶¶ 272-278 & ¶ 279 (i)*; (g) Seventh Cause of Action –

1

Interference with Contract *(DE 93, ¶¶ 280-286 & ¶ 287 (i)*; (h) Eighth Cause of Action – Fraudulent Inducement *(DE 93 ¶¶ 288-294 & ¶ 294 (a)*; (i) Ninth Cause of Action – Rescission or Specific Performance *(DE 93 ¶¶ 295-300 & ¶ 300 (ii)*; (j) Tenth Cause of Action – Civil Theft *(DE 93, ¶¶ 301-311 & ¶ 311 (i)*; (k) Eleventh Cause of Action – Unjust Enrichment *(DE 93, ¶¶ 312-318 & ¶ 318 (ii)*; (l) Twelfth Cause of Action – Conversion *(DE 93, ¶¶ 319-328 & ¶ 328 (a)*; and (m) Thirteenth Cause of Action – Bailment *(DE 93, ¶¶ 329-335 & ¶ 335 (i)*.

Plaintiff's claims are also for Treble Damages of $41.04 million USD – sum certain statutory treble damages sum as demanded in First Cause of Action – Violations of RICO Law - 18 USC § 1962 (c) *(DE 93, ¶¶ 216-235 & ¶ 236 (c)*.

The allegations of the Amended Complaint (all of which have been deemed admitted as a result of the Clerk's Entry of Default – DE 103) also seek to impose joint and several liability for compensatory and statutory damages against the Defaulting Defendants George Kallis, GK Finance Limited, GEO Holdings Limited, Holdsworth Associates Venture Incorporated, Apus Finance Limited, Apus Fund Management Limited, Brian Rance and Fintop Limited (the "Defaulting Defendants").

The Court's entry of default against the Defaulting Defendant concedes the truth of the allegations of the Complaint as to its liability. *See Nishimatsu Constr. Co. v. Houston Nat'l Bank,* 515 F.2d 1200, 1206 (5th Cir. 1975) ("The defendant, by his default, admits the plaintiffs well-pleaded allegations of fact ")

As set forth in the Amended Complaint, The Defaulting Defendants (and each of them) contributed to the particular fraud and wrongdoings and liability for compensatory damages of $13.68 million USD and the treble damages of $41.04 million USD is joint and several and The Defaulting Defendants are/have been and will be jointly and severally liable for the award of damages.

2

## CONCLUSION

Plaintiff's claims for liability have all be resolved against The Defaulting Defendants and therefore the Default Judgement should be entered pursuant to FRCP Rule 55 (b) (1); and therefore, Plaintiff moves and prays that pursuant to FRCP Rule 55 (b) (1), the Clerk enter Judgment against The Defaulting Defendants George Kallis, GK Finance Limited, GEO Holdings Limited, Holdsworth Associates Venture Incorporated, Apus Finance Limited, Apus Fund Management Limited, Brian Rance and Fintop Limited (i) for Compensatory Damages of $13.68 million USD and (ii) statutory treble damages of $ 41.04 million USD; (iii) applicable interest; and (iv) costs in the amount of $ $15,864.00 costs of suit (research, experts, filing fees, service fees, travel, copying, mailings and miscellaneous expenses).

Dated: February 17, 2021     Signed: _____
Edward D. Fagan, Plaintiff Pro Se
590 NE Wavecrest Way, Boca Raton, FL  33432
Tel. 561-757-5432 / Cell 561-400-0287
Email: faganinternational@gmail.com

## 28 USC § 1746 CERTIFICATION

I hereby certify, under penalty of perjury and pursuant to 28 USC § 1746 that the foregoing statements made by me are true, correct and accurate to the best of my knowledge information and belief.

Dated: February 17, 2021     Signed: _____
Edward D. Fagan, Plaintiff Pro Se
590 NE Wavecrest Way, Boca Raton, FL  33432
Tel. 561-757-5432 / Cell 561-400-0287
Email: faganinternational@gmail.com

3

---
## PROOF OF SERVICE

On this day, February 17, 2021, I hereby certify that this Notice of Joint Liability in Support of Request for Entry of Default Judgment Pursuant to FRCP 55 (b) (1) has been served by mailing an original and one copy to the Clerk of the Court and for electronic service upon all parties who have entered their appearances in the action. An additional courtesy copy has been mailed by first class mail postage pre-paid to Defendants Fintop Ltd and Brian Rance located at Geneva Place, Waterfront Drive, PO Box 3469, Road Town, Tortola, British Virgin Islands VG1 110.

Dated: February 17, 2021                    Signed: _____
                                            Edward D. Fagan, Plaintiff Pro Se
                                            590 NE Wavecrest Way, Boca Raton, FL  33432
                                            Tel. 561-757-5432 / Cell 561. 400.0287
                                            Email: faganinternational@gmail.com

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

ed delivery date specified f
omestic shipments include
racking® included for dom
 international insurance.**
sed internationally, a cust
oes not cover certain items. For
ail Manual at *http://pe.usps.com*.
ational Mail Manual at *http://pe.*

**RATE ENVE**
■ ANY WEIGHT

**CKED ■ INSU**


S00001000014

UNITED STATES POSTAL SERVICE. — Retail

P — US POSTAGE PAID
$7.95
Origin: 33432
02/17/21
1108640230-10

PRIORITY MAIL 1-DAY®

0 Lb 8.10 Oz
1021

EXPECTED DELIVERY DAY: 02/18/21

C028

SHIP TO:
701 CLEMATIS ST
West Palm Beach FL 33401-5101

USPS TRACKING® NUMBER

9505 5129 9226 1048 5112 69

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

**PRIORITY ★ MAIL ★**

FROM: Ed Fagan
590 NE Wavec
Boca Raton, FL

TO: Office o
United States Distr
Southern Distr
Paul G. Rogers F
701 Clematis
West Palm B

Label 228, March 2016    FOR DOM

