UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-80239-ROSENBERG/REINHART

EDWARD D. FAGAN,

    Plaintiff,

v.

CENTRAL BANK OF CYPRUS, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART MOTION FOR ENTRY OF DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiff Edward D. Fagan's Motion for Entry of Default Judgment against Defendants George Kallis, G.K. Finance Limited, G.E.O. Holdings Limited, Holdsworth Associates Venture Incorporated, APUS Finance Ltd., APUS Fund Management Ltd., Brian Rance, and Fintop Ltd. DE 104. The Court previously referred the Motion to the Honorable Bruce E. Reinhart for a Report and Recommendation. DE 107.

Judge Reinhart issued a Report and Recommendation in which he recommends that the Motion for Entry of Default Judgment be granted in part and denied in part. DE 119. Judge Reinhart recommends that the Court grant default judgment on Count IV, Count VI (in part), and Count VIII (in part) of the Amended Complaint [DE 93] and deny default judgment as to the remaining counts. Judge Reinhart further recommends that the Court award Plaintiff damages in the amount of $5,107,707 and costs in the amount of 3,870, for a total award of $5,111,577.

Plaintiff filed a notice stating that he does not object to the Report and Recommendation. DE 120. The Court has reviewed the Motion for Entry of Default Judgement, the evidence and

affidavits filed in support of the Motion, the Report and Recommendation, and the entire record, and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 119] is **ADOPTED** as the Order of the Court.

2. For the reasons given in the Report and Recommendation, Plaintiff's Motion for Entry of Default Judgment [DE 104] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff is awarded damages in the amount of $5,107,707 and costs in the amount of 3,870, for a total award of $5,111,577.

4. Plaintiff shall, by no later than **July 19, 2021**, email to the Court (Rosenberg@flsd.uscourts.gov) a proposed Final Default Judgment in Word format.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 12th day of July, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Plaintiff; Counsel of Record