UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-80239-ROSENBERG/REINHART

EDWARD D. FAGAN,

    Plaintiff,

v.

CENTRAL BANK OF CYPRUS, *et al.*,

    Defendants.

_____/

## FINAL DEFAULT JUDGMENT

It is hereby **ORDERED AND ADJUDGED** that:

1. Pursuant to Federal Rules of Civil Procedure 55 and 58, Final Default Judgment is entered in favor of Plaintiff Edward D. Fagan and against Defendants George Kallis, G.K. Finance Limited, G.E.O. Holdings Limited, Holdsworth Associates Venture Incorporated, APUS Finance Ltd., APUS Fund Management Ltd., Brian Rance, and Fintop Ltd.

2. Plaintiff Edward D. Fagan is awarded from Defendants George Kallis, G.K. Finance Limited, G.E.O. Holdings Limited, Holdsworth Associates Venture Incorporated, APUS Finance Ltd., APUS Fund Management Ltd., Brian Rance, and Fintop Ltd., jointly and severally, damages in the amount of $5,107,707, and costs in the amount of $3,870, for a total sum of $5,111,577, for which let execution issue.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of July, 2021.

                                               ROBIN L. ROSENBERG
                                               UNITED STATES DISTRICT JUDGE